No. 58557.—Paul A. Straub & Co., Inc. *v.* United States, protests 192163–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of figures the same in all material respects as those the subject of *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the merchandise was held dutiable as follows: (1) The items marked with the letter "A" at 10 percent under paragraph 1547 (a), as modified by the Annecy Protocol to the General Agreement on Tariffs and Trade (T. D. 52373), supplemented by Presidential proclamation (T. D. 52476); and (2) the items marked with the letter "B" at 20 percent under said paragraph of the tariff act.

DECEMBER 1, 1954

No. 58558.—Thornley & Pitt a/c Earl Investment Corpn. *v.* United States, protest 165026–K.—■■■—C. D. 1645. Plaintiff's application for rehearing denied.

NOVEMBER 29, 1954

No. 58559.—SUIT 4826.—United States *v.* Trans Delta Corporation.—■■■Abstract 58162. (Appeal dismissed September 15, 1954.)

NOVEMBER 30, 1954

No. 58560.—SUIT 4797.—United States *v.* Metropolitan Petroleum Corp. and Herbert B. Moller.—■■■

C. D. 1547 reversed May 27, 1954. C. A. D. 567.